Thomas E. Bilek (Admitted Pro Hac Vice)
HOEFFNER & BILEK, L.L.P.
1000 Louisiana, Suite 1302
Houston, TX 77002
Tel: (713) 227-7720
Fax: (713) 227-9404

*Attorneys for Plaintiff*

James P. Baker (SBN 96302)
Virginia H. Perkins (SBN 215832)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 626-3939
Fax: (415) 875-5700

*Attorneys for T. Rowe Price Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re ADMINISTRATIVE COMMITTEE ERISA LITIGATION** | Case No. 3:03-CV-03302-PJH [JCS]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS T. ROWE PRICE GROUP, INC., T. ROWE PRICE TRUST COMPANY, INC. AND T. ROWE PRICE RETIREMENT PLAN SERVICES, INC. TO FILE MOTION TO COMPEL CLASS DISCOVERY** |

This Stipulation is entered into by and between Defendants T. Rowe Price Group, Inc., T. Rowe Price Trust Company, Inc., and T. Rowe Price Retirement Plan Services, Inc. ("T. Rowe Price Defendants") and Dale Ingle ("Plaintiff"), through their respective attorneys of record, pursuant to Civil L.R. 6-1(b). This Stipulation is based on the following facts and the attached Declaration of James P. Baker:

1

1. The March 17, 2005 Order entered by Judge Phyllis J. Hamilton in this case set the cut-off date for Class Discovery as July 13, 2005.

2. Pursuant to Civil L.R. 26-2, the parties have until July 22, 2005 to file Motions to Compel relating to Class Discovery.

3. Plaintiff has requested that the T. Rowe Price Defendants allow him until July 22, 2005 to provide the T. Rowe Price Defendants with a privilege log relating to the Request for Documents propounded by T. Rowe Price to Plaintiff on April 5, 2005.

4. In order to allow Plaintiff until July 22, 2005 to provide the T. Rowe Price Defendants with a privilege log while preserving the ability of the T. Rowe Price Defendants to file a Motion to Compel with respect to that privilege log, Plaintiff and the T. Rowe Price Defendants hereby request that the Court extend the time for T. Rowe Price to file a Motion to Compel class discovery until July 29, 2005.

5. Previous time modifications in this case are as follows:

a. On February 10, 2005 the T. Rowe Price Defendants and Plaintiff filed a Stipulation to Set Time for Defendants T. Rowe Price Group, Inc., T. Rowe Price Trust Company, Inc. and T. Rowe Price Retirement Plan Services, Inc. to Answer or Otherwise Respond to Plaintiffs' Consolidated Amended Class Action Complaint; and

b. On February 23, 2005, Plaintiff, the T. Rowe Price Defendants, and the Administrative Committee Defendants filed a Stipulation to Reset Case Management Conference and a corresponding Order Resetting Case Management Conference was entered by this Court on February 25, 2005.

6. The stipulating parties do not believe that the requested time modification will affect the schedule for the case.

IT IS SO STIPULATED.

Dated: July 20, 2005                    HOEFFNER & BILEK LLP

By: /s/ Thomas E. Bilek
Thomas E. Bilek
*Attorneys for Plaintiff*

Dated: July 20, 2005                    JONES DAY

By: /s/ James P. Baker
James P. Baker
*Attorneys for T. Rowe Price Defendants*

[PROPOSED] ORDER

DATED this  21  day of  July , 2005

IT IS SO ORDERED:

/s/ Phyllis J. Hamilton
~~Joseph C. Spero~~ Phyllis J. Hamilton
~~Magistrate Judge~~ U.S. District Judge
United States District Court

SFI-527809v1

3

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 20, 2005, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS T. ROWE PRICE GROUP, INC., T. ROWE PRICE TRUST COMPANY, INC. AND T. ROWE PRICE RETIREMENT PLAN SERVICES, INC. TO FILE MOTION TO COMPEL CLASS DISCOVERY**

**DECLARATION OF JAMES BAKER IN SUPPORT OF STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS T. ROWE PRICE GROUP, INC., T. ROWE PRICE TRUST COMPANY, INC. AND T. ROWE PRICE RETIREMENT PLAN SERVICES, INC. TO FILE MOTION TO COMPEL CLASS DISCOVERY**

in a sealed envelope, postage fully paid, addressed as follows:

Lee Shalov, Esq.
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Phone: (212) 239-4340
Fax: (212) 239-4310
Email: lshalov@lawssb.com

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 20, 2005, at San Francisco, California.

_____
Virginia M. Aldajani