1  Thomas Bilek (Admitted *Pro Hac Vice*)
   HOEFFNER & BILEK, L.L.P.
2  1000 Louisiana, Suite 1302
   Houston, TX 77002
3  (713) 227-7720
   FAX (713) 227-9404
4  tbilek@hb-legal.com

5  *Attorneys for Plaintiff*

   E-Filing

6  David L. Bacon (042692)
   THELEN REID & PRIEST LLP
7  333 South Hope Street, 29th Floor
   Los Angeles, CA 90071
8  (213) 576-8000
   FAX (213) 576-8080

9  *Attorneys for Administrative Committee Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ADMINISTRATIVE COMMITTEE ERISA LITIGATION | Case No. 3:03-CV-03302-PJH<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CLASS MOTION DEADLINE |

This stipulation is entered into by and between Plaintiff Dale Ingle ("Plaintiff") and the Administrative Committee Defendants ("Defendants"), through their respective counsel, and is based on the following facts and the attached Declaration of Thomas E. Bilek:

1.  The deadline for filing class certification motions in this action is currently August 10, 2005, and the opposition deadline is currently August 24, 2005.

2.  Due to scheduling conflicts, counsel for Plaintiff and Defendants have conferred and agreed to extend the deadline for class certification motions to August 15, 2005, and the deadline for oppositions to August 26, 2005, if the Court so approves. The need for extension also arises because David L. Bacon, lead counsel for the Administrative Committee Defendants, suffered an

1  injury to his right eye on the evening of August 1, 2005, and is on a somewhat restricted work
2  schedule due to eye strain.
3      3.    The stipulating parties do not believe that the requested time modification will affect
4  the schedule for the case, and the September 14, 2005 hearing would remain unchanged.

Respectfully submitted,

Dated: August 9, 2005

HOEFFNER & BILEK, L.L.P.
WEISS & LURIE
SHALOV STONE & BONNER L.L.P.

By: /s/ Thomas E. Bilek

Thomas E. Bilek (Admitted *Pro Hac Vice*)

*ATTORNEYS FOR PLAINTIFF*

Dated: August 9, 2005

THELEN REID & PRIEST LLP
MORGAN, LEWIS & BOCKIUS LLP

By: David L. Bacon by L. Rocketto w/ permission

David L. Bacon (042692)

*ATTORNEYS FOR ADMINISTRATIVE
COMMITTEE DEFENDANTS*

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Signed the 11th day of August, 2005.

For

/s/ Jeffrey S. White
PHYLLIS J. HAMILTON
United States District Judge