**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ADMINISTRATIVE COMMITTEE ERISA LITIGATION, _____ / | No. C-03-3302 PJH<br>**ORDER** |

On August 15, 2005, plaintiff Dale Ingle filed a motion to certify a plaintiff class in the above-entitled action. Also on August 15, 2005, defendant and counterclaimant Administrative Committee filed a motion to certify a "counterclaim defendant" class.

The court received a chambers copy of plaintiff's motion, but as of August 17, 2005, had not received a chambers copy of counterclaimant's motion. The court's standing order requires that a chambers copy of every e-filed document be delivered to the clerk's office, no later than noon on the day following the date of filing.

Both motions were noticed for hearing on September 14, 2005, in violation of Civil Local Rule 7-2. Accordingly, the hearing date is VACATED.

The court directs counsel to Civil Local Rule 11-4(a)(2), which provides that "[e]very member of the bar of this Court and any attorney permitted to practice in this Court . . . must . . . (2) Comply with the Local Rules of this Court." The court expects all attorneys, including those whose offices are located outside the area served by the U.S. District Court for the Northern District of California, to familiarize themselves with the Local Rules and to <u>follow</u> the Local Rules and the court's standing orders.

In addition, the court had not anticipated the filing of two separate motions for class

certification. The court's purpose in consolidating the two actions and requiring realignment of the parties and the filing of a new consolidated complaint was to eliminate the necessity for the parties to file multiple motions on the same issue. Accordingly, counsel for plaintiff Dale Ingle and for counterclaimant Administrative Committee shall each file a statement, not to exceed five pages, explaining to the court why it is necessary for the court to adjudicate two motions for class certification.

Counsel shall renotice the motion or motions, after the court has determined whether it will permit two motions, or only one.

**IT IS SO ORDERED.**

Dated: August 17, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge