**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ADMINISTRATIVE COMMITTEE
ERISA LITIGATION
_____    No. C 03-3302 PJH

THIS DOCUMENT RELATES TO:    **ORDER**
ALL ACTIONS
_____/

The court has reviewed the pleadings and other papers filed in this action, including the motion for certification of a plaintiff class filed by plaintiff Dale Ingle ("Ingle") and the motion for certification of a counter-defendant class filed by defendant and counterclaimant Administrative Committee of the CNF, Inc., EWW Savings Plan and of the CNF, Inc., Thrift and Stock Plan ("Administrative Committee"), as well as the statements filed by Ingle and the Administrative Committee in response to the order issued August 17, 2005.

Based on this review, and in the interests of judicial economy, the court has determined to first decide plaintiff's motion for class certification. Thereafter, to the extent necessary, the court will consider the motion filed by the defendant and counterclaimant Administrative Committee.

The Administrative Committee's opposition to plaintiff's motion shall be filed no later than October 26, 2005, and plaintiff's reply to the opposition shall be filed no later than November 2, 2005. The hearing on the motion will take place at 9:00 a.m. on Wednesday, November 16, 2005, in Courtroom 3, 17th floor of the Federal Building, 450 Golden Gate, San Francisco, California.

The motion for class certification filed by the Administrative Committee (Docket No. 119) is hereby administratively terminated until after resolution of plaintiff's motion for class certification. The court will discuss the need, if any, for a motion by the Administrative Committee at a further case management conference, to be set following issuance of the decision on plaintiff's motion.

**IT IS SO ORDERED.**

Dated:  October 6, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ADMINISTRATIVE COMMITTEE
ERISA LITIGATION

No. C 03-3302 PJH

THIS DOCUMENT RELATES TO:
ALL ACTIONS

**ORDER**

The court has reviewed the pleadings and other papers filed in this action, including the motion for certification of a plaintiff class filed by plaintiff Dale Ingle ("Ingle") and the motion for certification of a counter-defendant class filed by defendant and counterclaimant Administrative Committee of the CNF, Inc., EWW Savings Plan and of the CNF, Inc., Thrift and Stock Plan ("Administrative Committee"), as well as the statements filed by Ingle and the Administrative Committee in response to the order issued August 17, 2005.

Based on this review, and in the interests of judicial economy, the court has determined to first decide plaintiff's motion for class certification. Thereafter, to the extent necessary, the court will consider the motion filed by the defendant and counterclaimant Administrative Committee.

The Administrative Committee's opposition to plaintiff's motion shall be filed no later than October 26, 2005, and plaintiff's reply to the opposition shall be filed no later than November 2, 2005. The hearing on the motion will take place at 9:00 a.m. on Wednesday, November 16, 2005, in Courtroom 3, 17th floor of the Federal Building, 450 Golden Gate, San Francisco, California.

The motion for class certification filed by the Administrative Committee (Docket No. 119) is hereby administratively terminated until after resolution of plaintiff's motion for class certification. The court will discuss the need, if any, for a motion by the Administrative Committee at a further case management conference, to be set following issuance of the decision on plaintiff's motion.

**IT IS SO ORDERED.**

Dated:  October 6, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ADMINISTRATIVE COMMITTEE
ERISA LITIGATION
_____   No. C 03-3302 PJH

THIS DOCUMENT RELATES TO:   **ORDER**
ALL ACTIONS
_____/

    The court has reviewed the pleadings and other papers filed in this action, including the motion for certification of a plaintiff class filed by plaintiff Dale Ingle ("Ingle") and the motion for certification of a counter-defendant class filed by defendant and counterclaimant Administrative Committee of the CNF, Inc., EWW Savings Plan and of the CNF, Inc., Thrift and Stock Plan ("Administrative Committee"), as well as the statements filed by Ingle and the Administrative Committee in response to the order issued August 17, 2005.

    Based on this review, and in the interests of judicial economy, the court has determined to first decide plaintiff's motion for class certification. Thereafter, to the extent necessary, the court will consider the motion filed by the defendant and counterclaimant Administrative Committee.

    The Administrative Committee's opposition to plaintiff's motion shall be filed no later than October 26, 2005, and plaintiff's reply to the opposition shall be filed no later than November 2, 2005. The hearing on the motion will take place at 9:00 a.m. on Wednesday, November 16, 2005, in Courtroom 3, 17th floor of the Federal Building, 450 Golden Gate, San Francisco, California.

The motion for class certification filed by the Administrative Committee (Docket No. 119) is hereby administratively terminated until after resolution of plaintiff's motion for class certification. The court will discuss the need, if any, for a motion by the Administrative Committee at a further case management conference, to be set following issuance of the decision on plaintiff's motion.

**IT IS SO ORDERED.**

Dated:  October 6, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ADMINISTRATIVE COMMITTEE ERISA LITIGATION _____ | No. C 03-3302 PJH |
| THIS DOCUMENT RELATES TO: ALL ACTIONS _____/ | **ORDER** |

  The court has reviewed the pleadings and other papers filed in this action, including the motion for certification of a plaintiff class filed by plaintiff Dale Ingle ("Ingle") and the motion for certification of a counter-defendant class filed by defendant and counterclaimant Administrative Committee of the CNF, Inc., EWW Savings Plan and of the CNF, Inc., Thrift and Stock Plan ("Administrative Committee"), as well as the statements filed by Ingle and the Administrative Committee in response to the order issued August 17, 2005.

  Based on this review, and in the interests of judicial economy, the court has determined to first decide plaintiff's motion for class certification. Thereafter, to the extent necessary, the court will consider the motion filed by the defendant and counterclaimant Administrative Committee.

  The Administrative Committee's opposition to plaintiff's motion shall be filed no later than October 26, 2005, and plaintiff's reply to the opposition shall be filed no later than November 2, 2005. The hearing on the motion will take place at 9:00 a.m. on Wednesday, November 16, 2005, in Courtroom 3, 17th floor of the Federal Building, 450 Golden Gate, San Francisco, California.

The motion for class certification filed by the Administrative Committee (Docket No. 119) is hereby administratively terminated until after resolution of plaintiff's motion for class certification. The court will discuss the need, if any, for a motion by the Administrative Committee at a further case management conference, to be set following issuance of the decision on plaintiff's motion.

**IT IS SO ORDERED.**

Dated:  October 6, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ADMINISTRATIVE COMMITTEE
ERISA LITIGATION
_____    No. C 03-3302 PJH

THIS DOCUMENT RELATES TO:        **ORDER**
ALL ACTIONS
_____/

The court has reviewed the pleadings and other papers filed in this action, including the motion for certification of a plaintiff class filed by plaintiff Dale Ingle ("Ingle") and the motion for certification of a counter-defendant class filed by defendant and counterclaimant Administrative Committee of the CNF, Inc., EWW Savings Plan and of the CNF, Inc., Thrift and Stock Plan ("Administrative Committee"), as well as the statements filed by Ingle and the Administrative Committee in response to the order issued August 17, 2005.

Based on this review, and in the interests of judicial economy, the court has determined to first decide plaintiff's motion for class certification. Thereafter, to the extent necessary, the court will consider the motion filed by the defendant and counterclaimant Administrative Committee.

The Administrative Committee's opposition to plaintiff's motion shall be filed no later than October 26, 2005, and plaintiff's reply to the opposition shall be filed no later than November 2, 2005. The hearing on the motion will take place at 9:00 a.m. on Wednesday, November 16, 2005, in Courtroom 3, 17th floor of the Federal Building, 450 Golden Gate, San Francisco, California.

1  The motion for class certification filed by the Administrative Committee (Docket No. 119) is hereby administratively terminated until after resolution of plaintiff's motion for class certification.  The court will discuss the need, if any, for a motion by the Administrative Committee at a further case management conference, to be set following issuance of the decision on plaintiff's motion.

**IT IS SO ORDERED.**

Dated:  October 6, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ADMINISTRATIVE COMMITTEE
ERISA LITIGATION
_____    No. C 03-3302 PJH

THIS DOCUMENT RELATES TO:     **ORDER**
ALL ACTIONS
_____/

    The court has reviewed the pleadings and other papers filed in this action, including the motion for certification of a plaintiff class filed by plaintiff Dale Ingle ("Ingle") and the motion for certification of a counter-defendant class filed by defendant and counterclaimant Administrative Committee of the CNF, Inc., EWW Savings Plan and of the CNF, Inc., Thrift and Stock Plan ("Administrative Committee"), as well as the statements filed by Ingle and the Administrative Committee in response to the order issued August 17, 2005.

    Based on this review, and in the interests of judicial economy, the court has determined to first decide plaintiff's motion for class certification. Thereafter, to the extent necessary, the court will consider the motion filed by the defendant and counterclaimant Administrative Committee.

    The Administrative Committee's opposition to plaintiff's motion shall be filed no later than October 26, 2005, and plaintiff's reply to the opposition shall be filed no later than November 2, 2005. The hearing on the motion will take place at 9:00 a.m. on Wednesday, November 16, 2005, in Courtroom 3, 17th floor of the Federal Building, 450 Golden Gate, San Francisco, California.

The motion for class certification filed by the Administrative Committee (Docket No. 119) is hereby administratively terminated until after resolution of plaintiff's motion for class certification. The court will discuss the need, if any, for a motion by the Administrative Committee at a further case management conference, to be set following issuance of the decision on plaintiff's motion.

**IT IS SO ORDERED.**

Dated: October 6, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge