```
 1  DAVID L. BACON (CA BAR NO. 042692)
    THELEN REID & PRIEST LLP
 2  333 South Hope Street, 29th Fl.
    Los Angeles, CA 90071-3048
 3  Tel: 213.576.8000
    Fax: 213.576.8080
 4
    MICHAEL C. HALLERUD (CA BAR NO. 068971)
 5  THELEN REID & PRIEST LLP
    101 Second Street, Suite 1800
 6  San Francisco, CA 94105-3606
    Tel: 415.371.1200
 7  Fax: 415.371.1211

 8  DONALD L. HAVERMANN (Admitted Pro Hac Vice)
    JESSICA BERNANKE (Admitted Pro Hac Vice)
 9  MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, NW
10  Washington, DC 20004
    Tel: 202.739.3000
11  Fax: 202.739.3001
```

Attorneys for Defendants the Administrative Committee of the CNF Inc. EWW Savings Plan and of the CNF Inc. Thrift and Stock Plan; CNF Inc. (f/k/a CNF Transportation, Inc. and n/k/a Con-way Inc.); Emery Worldwide Airlines, Inc.; Emery Air Freight Corporation (d/b/a Emery Worldwide and Menlo Worldwide Forwarding, Inc.); the CNF Transportation, Inc. Thrift & Stock Plan (a/k/a the CNF, Inc. Thrift & Savings Plan); and the Emery Worldwide Savings Plan (a/k/a the CNF, Inc. EWW Savings Plan)[1]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ADMINISTRATIVE COMMITTEE ERISA LITIGATION | Case No. C 03-03302 PJH<br><br>STIPULATION FOR DISMISSAL OF CONSOLIDATED AMENDED CLASS ACTION COMPLAINT WITH PREJUDICE AND WAIVER OF RIGHT TO APPEAL; STIPULATION FOR DISMISSAL OF AMENDED COUNTERCLAIM FOR DECLARATORY JUDGMENT WITHOUT PREJUDICE; REQUEST FOR ENTRY OF FINAL JUDGMENT; AND [P~~ROPOSED~~] ORDER THEREON |

---

[1] Morgan Lewis & Bockius LLP is attorneys only for the Defendant and Counterclaimant Administrative Committee.

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

LA #399254 v1/030299-13                -1-
STIP to DISMISS CONSOL AMD CLASS ACT'N CMPLT with PRJD & WAIVER of RT to APPEAL; STIP to DISMISS AMD CNTRCLM for DECL. JDGMT w/o PRJD; REQ. for ENTRY of FINAL JDGMT; [PROP] ORDER

Plaintiffs and Counterdefendants Dale Ingle and Thomas Rachford, and Plaintiff Christopher Coffey, (plaintiff in *Coffey and Ingle v. CNF, Inc., et al.*, 503CV172 (E.D. Tex. August 8, 2003), Defendant and Counterclaimant Administrative Committee of the CNF Inc. EWW Savings Plan and of the CNF Inc. Thrift and Stock Plan ("Administrative Committee"), Defendants CNF Inc. (f/k/a CNF Transportation, Inc. and n/k/a Con-way Inc.), Emery Worldwide Airlines, Inc., Emery Air Freight Corporation (d/b/a Emery Worldwide and Menlo Worldwide Forwarding, Inc.), the CNF Transportation, Inc. Thrift and Stock Plan (a/k/a CNF Inc. Thrift & Savings Plan), and the Emery Worldwide Savings Plan (a/k/a CNF Inc. EWW Savings Plan), and Defendants T. Rowe Price Group, Inc., T. Rowe Price Retirement Plan Services, Inc. and T. Rowe Price Trust Company, Inc. (the "parties"), through their respective counsel of record, respectfully submit the following Stipulations and [Proposed] Order thereon.

1.   IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel of record, that the Consolidated Amended Class Action Complaint is dismissed as to all parties, with prejudice with all parties to bear their own attorney's fees and costs, and that Dale Ingle, Thomas Rachford, and Christopher Coffey hereby waive their right to appeal such dismissal, and covenant not to sue the Defendants or any of them with respect to the claims involved in the instant litigation.

2.   IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel of record, that the Amended Counterclaim for Declaratory Judgment is dismissed as to all parties, without prejudice, subject to paragraph 3 below, by Defendant and Counterclaimant Administrative Committee, with all parties to bear their own attorney's fees and costs.

3.   IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel of record, that Defendant and Counterclaimant Administrative Committee hereby covenants not to sue Dale Ingle, Thomas Rachford, and/or Christopher Coffey with respect to declaratory relief sought in the Amended Counterclaim, provided that each such individual honors his dismissal of the Consolidated Amended Class Action Complaint, the waiver of appeal

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

LA #399254 v1/030299-13       -2-
STIP to DISMISS CONSOL AMD CLASS ACT'N CMPLT with PRJD & WAIVER of RT to APPEAL; STIP to DISMISS AMD CNTRCLM for DECL. JDGMT w/o PRJD; REQ. for ENTRY of FINAL JDGMT; [PROP] ORDER

from the Final Judgment to be entered on this Order, and his covenant not to sue the Defendants or any of them with respect to the claims involved in the instant litigation.

4. IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel of record, that the Court may enter Final Judgment in this action.

DATED: ~~April~~ May 23, 2006

THELEN REID & PRIEST LLP
MORGAN, LEWIS & BOCKIUS LLP

By /s/ David L. Bacon
David L. Bacon
Attorneys for Defendant and Counterclaimant ADMINISTRATIVE COMMITTEE OF THE CNF INC. EWW SAVINGS PLAN AND OF THE CNF INC. THRIFT AND STOCK PLAN, and for Defendants CNF INC. (f/k/a CNF Transportation, Inc. and n/k/a/ Con-way Inc.); EMERY WORLDWIDE AIRLINES, INC.; EMERY AIR FREIGHT CORPORATION (d/b/a Emery Worldwide and Menlo Worldwide Forwarding, Inc.); THE CNF TRANSPORTATION, INC. THRIFT & STOCK PLAN (a/k/a the CNF, Inc. Thrift & Savings Plan); and THE EMERY WORLDWIDE SAVINGS PLAN (a/k/a the CNF, Inc. EWW Savings Plan)

DATED: May 19, 2006

JONES DAY

By /s/ James P. Baker
James P. Baker
Attorneys for Defendants
T. ROWE PRICE GROUP, INC., T. ROWE PRICE RETIREMENT PLAN SERVICES, INC., and T. ROWE PRICE TRUST COMPANY, INC.

THELEN REID & PRIEST LLP

LA #399254 v1/030299-13

-3-

STIP to DISMISS CONSOL AMD CLASS ACT'N CMPLT with PRJD & WAIVER of RT to APPEAL; STIP to DISMISS AMD CNTRCLM for DECL. JDGMT w/o PRJD; REQ. for ENTRY of FINAL JDGMT; [PROP] ORDER

1  DATED: May 19, 2006

HOEFFNER & BILEK, LLP
SHALOV STONE & BONNER LLP
WEISS & LURIE

By _____/s/ Thomas E. Bilek_____
Thomas E. Bilek
Attorneys for Plaintiffs and Counterdefendants
DALE INGLE, THOMAS RACHFORD, and
CHRISTOPHER COFFEY

IT IS SO ORDERED.

Dated: ___June 5_____, 2006

**IT IS SO ORDERED**
/s/ Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

LA #399254 v1/030299-13

-4-

STIP to DISMISS CONSOL AMD CLASS ACT'N CMPLT with PRJD & WAIVER of RT to APPEAL; STIP to DISMISS AMD CNTRCLM for DECL. JDGMT w/o PRJD; REQ. for ENTRY of FINAL JDGMT; [PROP] ORDER